NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MACROSOLVE, INC.,**
*Plaintiff-Appellee*

**v.**

**GOVERNMENT EMPLOYEES INSURANCE COMPANY,**
*Defendant*

**NEWEGG, INC.,**
*Defendant-Appellant*

---

2015-1642

---

Appeal from the United States District Court for the Eastern District of Texas in Nos. 6:11-cv-00287-MHS-KNM, 6:12-cv-00046-MHS-KNM, Judge Michael H. Schneider.

---

**JUDGMENT**

---

MATTHEW ANTONELLI, Antonelli, Harrington & Thompson, LLP, Houston, TX, argued for plaintiff-appellee. Also represented by LARRY D. THOMPSON, JR., ZACHARIAH HARRINGTON, CALIFF T. COOPER.

DANIEL H. BREAN, The Webb Law Firm, Pittsburgh, PA, argued for defendant-appellant. Also represented by KENT E. BALDAUF, JR., BRYAN P. CLARK, CHRISTIAN D. EHRET; MARK A. LEMLEY, Durie Tangri LLP, San Francisco, CA; RICHARD GREGORY FRENKEL, Latham & Watkins LLP, Menlo Park, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 9, 2016                      /s/ Daniel E. O'Toole   
            Date                             Daniel E. O'Toole
                                             Clerk of Court